# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1513. JAMES OWENSBY v. SFR JV 2021 1 BORROWER, LLC et al.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, tenant James Owensby appealed to the superior court. The superior court entered a writ of possession in favor of the landlord. Owensby filed a motion to stay, which the trial court denied, and Owensby filed this appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Owensby's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/23/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*